*Brinson & Hatcher* and *E. V. Heath,* for plaintiff in error.
*H. J. Fullbright,* contra.

---

PYRON <em>v.</em> REYNOLDS MERCANTILE COMPANY <em>et al.</em>

BECK, P. J. The finding of the trial judge, to whom the issues of law and
fact in the case were submitted, is not without evidence to support it,
and his judgment awarding the fund in controversy to the defendants
in error will not be disturbed here.

*Judgment affirmed. All the Justices concur, except Gilbert, J., disqualified.*

No. 181. DECEMBER 13, 1917.

Receivership and intervention. Before Judge Munro. Taylor superior court. November 5, 1916.

*Jule Felton,* for plaintiff in error.

*Jere M. Moore* and *C. W. Foy,* contra.